IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:13-cv-001008 |
| | ) | CHIEF JUDGE WILLIAM J. HAYNES, JR. |
| v. | ) | |
| THOMAS WILLIAMS, | ) | |
| Defendant. | ) | |

## AGREED JUDGMENT

This matter is before the Court on the complaint of the United States to recover a debt for overpayment of Social Security benefits. The Plaintiff alleges that Defendant, Thomas Williams, failed to return Social Security overpayments after it was discovered that he was performing work above the substantial gainful activity level established by the Social Security Administration. The Certificate of Indebtedness filed with the Complaint in this case shows that the Defendant, Thomas Williams, was overpaid $61,468.00. It appearing to the Court that the parties are agreed, as evinced by the signatures below, as to the proper relief to be granted, the Court rules:

1. Judgment is entered against the Defendant in the amount of $61,468.00, due and payable immediately. This amount shall bear post-judgment interest of .13% per annum.

2. Notwithstanding that the judgment is due and payable immediately, the United States shall forbear immediate forced collection of the judgment as long as Defendant makes installment payments in accordance with paragraphs 3 through 6

below--the installment conditions.

3. Defendant shall pay the full judgment in monthly installments. The first installment payment shall be due on May 15, 2014. Defendant shall continue making monthly installment payments until the judgment amount is finally paid in full.

4. Defendant shall make monthly minimum installment payments of at least $516.87. Defendant will continue making payments at this monthly minimum rate until the entire judgment amount has been paid in full.

5. Each monthly installment shall be due by or on the fifteenth day of every month. If the fifteenth day of a month falls on either a weekend or government holiday, payment for that month's installment shall be due on the next business day.

6. Defendant shall be entitled to pay more than the above minimum monthly installment payment. Any amounts that Defendant pays over the minimum monthly installment payment shall be applied towards the judgment. However, such additional payments shall not change the minimum monthly payment amount, while any part of the judgment remains outstanding.

7. If Defendant fails to make any of the installment payments, the United States, at its option, may enforce this judgment as contemplated under the Federal Debt Collection Procedures Act. The United States also retains all other legal remedies available to it, either at law or in equity, to enforce this judgment.

8. Payments shall be made in either a personal check, cashier's check or money order and made payable to the United States Department of Justice. Checks may be mailed to the United States Attorney's Office or to the following address: United States Department of Justice, P. O. Box 790363, St. Louis, MO 63179-0363. Please ensure that your account number, 2013A48281, is listed on your check or money order to ensure proper credit. All

inquiries regarding payments should be addressed to the United States Attorney's Office Financial Litigation Unit at 615-736-5151.

It is so ORDERED.

*[signature]*
JUDGE WILLIAM J. HAYNES, JR.
Chief United States District Court Judge
4-8-14

Agreed and Approved,

DEFENDANT:

*[signature]*
Thomas Williams

RE: STATEMENT BY WILLIAM D. HINTON
CASE # 2013 A 48281
DATED 3/7/14 (JBW)

PLAINTIFF:

DAVID RIVERA
UNITED STATES ATTORNEY

By: *[signature]*
Steve Jordan
Assistant United States Attorney
Office of the United States Attorney
110 9thAvenue South, Suite A-961
Nashville, TN 37203
Telephone: 615-736-5151
B. P.R. No. 013291